UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Scheherazade Pollins,<br><br>    Plaintiff<br><br>v.<br><br>Cosmopolitan Hotel & Resorts, Inc.,<br><br>    Defendant | 2:14-cv-00260-JAD-PAL<br><br>**Order Dismissing Case** |

LR 4-1 provides that "[a]ll civil actions that have been pending in this Court for more than two hundred seventy (270) days without any proceeding of record having been taken may, after notice, be dismissed for want of prosecution on motion of counsel or by the Court." The last proceeding of record that occurred in this case was the December 19, 2014, entry of Magistrate Judge Peggy Leen's order denying plaintiff's motion for default judgment without prejudice.[1] I ordered plaintiff to show cause why this action should not be dismissed for want of prosecution by October 19, 2015. To date, plaintiff has not filed a document demonstrating good cause.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case is **DISMISSED**. The Clerk of Court is instructed to **CLOSE THIS CASE.**

Dated this 5th day of November, 2015

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF 12.